*In re* POLÍTICA JUDICIAL EN TORNO A LOS NOMBRES DE LOS EDIFICIOS QUE ALBERGAN LOS TRIBUNALES DEL PAÍS.

*Número:* EM-95-6          *Resuelto:* 6 de octubre de 1995

## RESOLUCIÓN

Este Tribunal tiene la función de coadyuvar al Juez Presidente en su responsabilidad primaria constitucional de dirigir eficazmente la administración de los tribunales. Art. V, Sec. 7, Const. E.L.A., L.P.R.A., Tomo 1. El descargo de esa responsabilidad obliga, individual e institucionalmente, a "proteger y promover la independencia del poder judicial como factor de equilibrio en la estructura gubernamental de nuestro sistema de vida democrática". Canon XIII de Ética Judicial, 4 L.P.R.A. Ap. IV-A.

El principio de independencia judicial —inherentemente unido al de neutralidad— no se limita a la función decisoria, sino que es multiforme; aspira a que en toda ocasión así sea percibido públicamente. Como corolario, el proceso judicial ha de desarrollarse en un ambiente de solemnidad y respeto. A tal efecto, tradicionalmente los Poderes Ejecutivo y Legislativo, en la medida en que los recursos fiscales lo han permitido, han hecho las asignaciones necesarias para que las estructuras físicas de los distintos tribunales, incluso sus centros judiciales, estén a tono con estas características.

Dentro del significado y espíritu de los principios antes expuestos, la práctica de nominar los edificios y las estruc-

turas que albergan los tribunales del país, como tributo merecido a personas ilustres, vivas o fallecidas, nunca ha sido avalada por este Tribunal. El nombre de cualesquiera personas inevitablemente genera en la mente de la ciudadanía un cuadro de sus valores, pensamientos, prejuicios y preferencias que, como consecuencia de la diversidad del pensamiento humano, algunos comparten y otros no.

El Tribunal exhorta a la Asamblea Legislativa, a las Asambleas Municipales y a los demás funcionarios concernidos a que preserven el estimable valor de esta política judicial, según aquí enunciada.

*Regístrese y publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*